```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14083
   CYNTHIA EASTER WARD
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9861


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/06/2007 and was confirmed 11/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/09/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
SAXON MORTGAGE             CURRENT MORTG         .00             .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         3094.73             .00             .00
INTERNAL REVENUE SERVICE   UNSECURED        1023.64             .00             .00
ECMC                       UNSECURED             .00             .00             .00
AMERICAN EDUCATION SERVI   UNSECURED       NOT FILED            .00             .00
BELL WEST COMMUNITY C U    UNSECURED       NOT FILED            .00             .00
BELL WEST COMMUNITY C U    UNSECURED       NOT FILED            .00             .00
BELL WEST CU               UNSECURED       NOT FILED            .00             .00
CORPORATE AMERICA FAMILY   UNSECURED        2468.27             .00             .00
ECAST SETTLEMENT CORP      UNSECURED       10022.91             .00             .00
NCO COLLECTION AGENCY      UNSECURED       NOT FILED            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1236.77             .00             .00
SALLIE MAE LSCF            UNSECURED             .00             .00             .00
SALLIE MAE LSCF            UNSECURED             .00             .00             .00
SALLIE MAE LSCF            UNSECURED             .00             .00             .00
SALLIE MAE LSCF            UNSECURED             .00             .00             .00
SAXON MORTGAGE             SECURED NOT I        .00             .00             .00
BELL WEST CREDIT UNION     SECURED VEHIC    2593.00          198.04          451.96
NATIONAL CAPITAL MGMT LL   UNSECURED        2467.19             .00             .00
OVERLAND BOND & INVESTME   UNSECURED       20909.99             .00             .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,843.00                        2,308.73
TOM VAUGHN                 TRUSTEE                                           237.23
DEBTOR REFUND              REFUND                                                .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   3,195.96

PRIORITY                                            .00
SECURED                                          451.96

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 14083 CYNTHIA EASTER WARD
```

```
     INTEREST                                                   198.04
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,308.73
TRUSTEE COMPENSATION                                            237.23
DEBTOR REFUND                                                      .00
                                      ----------------  ----------------
TOTALS                                        3,195.96          3,195.96
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 03/05/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE


                              PAGE   2
           CASE NO. 07 B 14083 CYNTHIA EASTER WARD